**Dismissed and Memorandum Opinion filed October 19, 2023**



**In The**

# Fourteenth Court of Appeals

**NO. 14-23-00010-CV**

**ANGELA WARNER A/N/F TO BARBARA ANN WARNER A/K/A BARBARA WILLIAMS WARNER, Appellants**

**V.**

**FIDELITY NATIONAL FINANCIAL, INC. D/B/A FIDELITY NATIONAL TITLE INSURANCE COMPANY AND COMMONWEALTH LAND TITTLE INSURANCE COMPANY, Appellees**

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2020-76521-A**

## MEMORANDUM OPINION

This appeal is from an order signed January 3, 2023. The clerk's record was filed January 13, 2023. No brief was filed.

On August 31, 2023, we issued an order stating that unless appellant filed a brief on or before October 2, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Poissant